IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SPECIALTY RX INC.,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>EMPIRIAN HEALTH LLC,          )<br>                              )<br>    Defendant.               )  | CIVIL ACTION NO.<br>2:23cv721-MHT<br>(WO) |

DISMISSAL ORDER

Pursuant to the agreement of the parties stated on the record during the status conference on December 21, 2023, it is ORDERED that this case is dismissed in its entirety without prejudice. No costs are taxed.

This case is closed.

DONE, this the 21st day of December, 2023.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE